United States District Court
Southern District of Texas

**ENTERED**

March 25, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOSE VIDAL HERRERA NARANJO, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-913 |
| vs. | § | |
| | § | |
| WARDEN, Joe Corley Processing Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER FOR SUPPLEMENTAL BRIEFING**

This habeas petition challenges the substantive reasonableness of the petitioner's confinement under the Constitution. There are "four 'nonexhaustive' factors governing when detention is unreasonable: the length of detention, the likelihood it will continue, the reasons for delay, and how confinement conditions compare to criminal punishment." *Michelin v. Warden Moshannon Valley Corr. Ctr.*, ___ F.4th ___, 2026 WL 263483, at *11 (3d Cir. Feb. 2, 2026) (citing *German Santos v. Warden Pike Cnty. Corr. Facility*, 965 F.3d 203, 211–12 (3d Cir. 2020)).

The parties must, **within 7 days of the entry of this Order**, submit supplemental briefs of no more than 5 pages addressing these factors, including whether the petitioner's "removal proceedings are unlikely to end soon"; whether any delay is due to a "good-faith challenge" to removal or the fault of the petitioner; and whether the petitioner is "detained in prison alongside convicted criminals" in a manner "indistinguishable from criminal punishment," such as prolonged confinement to a "cell." *German Santos*, 965 F.3d at 211–13.

SIGNED on March 25, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge